IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID ERKERT** | : | **CIVIL ACTION** |
| *Petitioner-pro se* | : | |
| | : | **NO. 15-5726** |
| v. | : | |
| | : | |
| **NANCY GIROUX,** *et al.* | : | |
| *Respondents* | : | |

# O R D E R

**AND NOW**, this 11th day of January 2017, upon consideration of the pleadings and record herein, and after careful and independent consideration of the *Report and Recommendation* submitted by United States Magistrate Judge Timothy R. Rice, [ECF 9], Petitioner's *objections* thereto, [ECF 11], and Petitioner's *motion for a certificate of appealability,* [ECF 13], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that:

1. The *Report and Recommendation* is **APPROVED** and **ADOPTED**.
2. Petitioner's objections are **OVERRULED**.
3. Petitioner's petition for a writ of *habeas corpus* is **DENIED**.
4. There is no probable cause to issue a certificate of appealability.
5. Petitioner's *motion for a certificate of appealability* is **DENIED**.

The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*